■ CHRISTOPHER BRUNO et al., Appellants, v ARI PERLMAN et al., Defendants, and BOARD OF COOPERATIVE EDUCATIONAL SERVICES OF NASSAU COUNTY, Respondent. [627 NYS2d 559] —Appeal by the plaintiffs from an order of the Supreme Court, Nassau County (Kutner, J.), dated October 5, 1992.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Kutner at the Supreme Court. Thompson, J. P., Santucci, Friedmann and Florio, JJ., concur.